IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-10-1-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Order to Amend |
| MARCUS DALE GREENE<br>Defendant | |

FOR GOOD CAUSE SHOWN, the Order Modifying the Conditions of Release in the above-referenced matter is hereby amended and the name of Mr. Keith Hart is striken, placing the Defendant in the general care of the Department of Veterans' Affairs Medical Center in Salisbury, North Carolina. All other terms of presentencing release to remain the same.

This 16 day of July 2010.

_____
The Honorable James C. Dever, III